## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

1) JULIO L. DE JESUS-GOMEZ, a/k/a "Julio Torta," "Julito," "July"

2) TANIA DE JESUS-GOMEZ

3) **JULIA GOMEZ-CALCAÑO**

4) JOSE SANTIAGO-GOMEZ, a/k/a "Joseito," "Joselito," "El Don"

5) EDWIN MONGE-PEÑA, a/k/a "Viejo"

6) EMMANUEL MOYANO-RODRIGUEZ, a/k/a "Memo"

7) ALEX GOMEZ-RAMOS, a/k/a "Alex Changuia"

8) LUIS A. SUAREZ-RIVERA, a/k/a "Luis El Gordo," "Gordo Chiquita"

9) RUBEN MENDOZA-BONANO, a/k/a "Gugu," "Blanco," "El Bori"

10) TAHIRI MONTALVO

11) ALBERTO MARTINEZ-RODRIGUEZ, a/k/a "Cano"

12) CARLOS MARTINEZ-RODRIGUEZ, a/k/a "Carly," "Carlito El Buey/Matador"

13) JAVIER MORALES-ANDREU, a/k/a "Gadget," "Galle," "Pedro del Valle-Andino," "El Bori"

14) ROBERTO MORALES-RIVERA, a/k/a "Robert Abuela"

15) LUIS DANIEL RIVERA-PEREZ, a/k/a "Danny"

16) FERNANDO FUERTES-ROBINSON, a/k/a "Broco"

17) LUIS ROSS-DE LA CRUZ, a/k/a "Manco"

18) JOSE AVILA-JIMENEZ, a/k/a "Cheni"

19) JOSE M. PEREZ-LOPEZ, a/k/a "Cleto"

20) HECTOR DIAZ-MADERA, a/k/a "Flaquin"

CRIMINAL 12-0192CCC

21) PABLO ORTIZ-CALZADA, a/k/a "Pablito," "Changuito," "Pablo El Prieto"

22) LUIS GOMEZ-RAMOS, a/k/a "Luis Moco," "Ely"

23) OMAR CAMACHO-ALMESTICA

24) GILBERTO TRINIDAD-ORTIZ, a/k/a "Gilbert"

25) LUIS RODRIGUEZ-GUZMAN, a/k/a "Chino"

26) CARLOS A. MATTA-PEÑA

27) WALESKA MATTA-CUEVAS, a/k/a "Wally," "Jenifer's Mom"

28) JENIFER LUGO-MATTA

29) MIGUEL VELAZQUEZ-RODRIGUEZ, a/k/a "Migue"

30) BENITO SANTIAGO-DE JESUS

31) ARMANDO GOMEZ-ORTIZ, a/k/a "Armandito"

32) ELIZABETH MEJILL-NEGRON, a/k/a "Liza"

33) ELIZABETH SANTIAGO-DE JESUS

34) SUBRIEL MATHEW-MATIAS

35) ALEX HENRY MATHEW, a/k/a "Memo"

36) ROBERTO C. VEGA-RIVERA, a/k/a "Bobby"

37) ANGEL MARTINEZ-RODRIGUEZ

38) ANDY GARCIA-MATHEW

39) OMAR QUIÑONEZ-GONZALEZ, a/k/a "Castor," "Velador," "Juan Omar"

40) STEVEN BURGOS-CASTRO

41) DOMINGO PEÑA-RIVERA, a/k/a "Bebe"

42) ABNER BELARDO-COLON

43) WALTER COGHEN-TORRES, a/k/a "Wacuco"

44) XAVIER FIGUEROA-ALVIRA, a/k/a "Chavo"

45) RUBENCIO JAIME-COX

46) JUAN L. FUENTES-RIVERA,
a/k/a "Juaco," "Hermano"

47) ROSELYN SANTIAGO-DE JESUS

48) ANA C. CARRION-CRUZ, a/k/a "India"

49) YAMIL RIOS-CARRILLO

50) JORGE RIVERA

51) EMILIO MONGE-TORRES, a/k/a "Millo"

52) JOHN L. RIVERA-CRUZ

53) JOSE PORFIL, a/k/a "Cheito/Porfil"

Defendants

# ORDER

Having considered the Report and Recommendation filed on July 24, 2013 (**docket entry 796**) on a Rule 11 proceeding of defendant [3] Julia Gómez-Calcaño before U.S. Magistrate Judge Bruce J. McGiverin on July 22, 2013, as well as the objections filed by defendant Gómez-Calcaño on July 30, 2013 (docket entry 810) and her Motion Regarding R&R Objections filed on September 3, 2013 (**docket entry 852**), which are NOTED, and having also read the transcript of said change of plea hearing (docket entry 823), the same is APPROVED with the clarification that the factual basis for the plea was not only the statement of facts appended to the Plea Agreement but also the description of defendant's conduct made by the Magistrate-Judge after conferring with the parties which was mutually accepted by both and, more importantly, specifically admitted by defendant. See Transcript (docket entry 823), at pp. 28-30. Accordingly, the plea of guilty of defendant Gómez-Calcaño is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 22, 2013. The **sentencing hearing is set for OCTOBER 24, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 16, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge